JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEYARD LANDSCAPE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Case No.  CV 22-5727-GW-PDx <br><br> **ORDER TO DISMISS** |

    Based upon Plaintiff's Notice of Dismissal filed on September 16, 2022, it is hereby ORDERED that this action is dismissed in its entirety.

    IT IS SO ORDERED.

Dated: September 19, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE